**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RONALD WASHINGTON,

       Plaintiff,

v.

FREDA RANDALL-OWENS, GERALD
SOMERS, ANDREW JACKSON, JEFFERY
WHITE, DARRELL STEWARD,
CLARENCE POWELL, ANN
BAREWALDE, RUTH INGRAM,
MS. B. ALLEN, MS. D. LEWIS,
MS. B. SMITH, MARY BERGHUIS, ROBERT
SIKKENGA, MICHAEL SINGELTON,
BONNIE LEWIS, BRIDGET WILLIS, PAM
CUMMINGS, and PATRICIA CARUSO

       Defendants.
_____ /

Civil Case Number: 06-12588

DIST. JUDGE PAUL D. BORMAN
MAG. JUDGE STEVEN D. PEPE

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN FAVOR OF DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION OR TEMPORARY RESTRAINING ORDER (DOCK. NO. 78)

Before the Court is the Magistrate Judge's March 27, 2007 Report and Recommendation in favor of denying Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order. Having reviewed that Report and Recommendation, and Plaintiff's objections thereto, the Court enters as its findings and conclusions the Report and Recommendation DENYING Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order.

      **SO ORDERED.**

                                    s/Paul D. Borman
                                    PAUL D. BORMAN
                                    UNITED STATES DISTRICT JUDGE

Dated: May 25, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on May 25, 2007.

                                            s/Denise Goodine
                                            Case Manager