**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

RONALD WASHINGTON,

        Plaintiff,

                                  Civil Case Number: 06-12588

v.

                                  DIST. JUDGE PAUL D. BORMAN

FREDA RANDALL-OWENS, *et al*.,        MAG. JUDGE STEVEN D. PEPE

        Defendants.
_____ /

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION IN FAVOR OF (1) GRANTING DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT (DOCK. NO. 66); (2) DENYING PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT (DOCK. NO. 96) AND FURTHER (3) DENYING
PLAINTIFF'S MOTION TO CORRECT ORDER (DOCK. NO. 104); (4) DENYING
PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER (DOCK. NO.
107); AND DENYING PLAINTIFF'S MOTION TO FILE A SUPPLEMENTAL
AFFIDAVIT (DOCK. NO. 110).**

      Before the Court is the Magistrate Judge's July 31, 2007 Report and Recommendation in favor of granting Defendants' Motion for Summary Judgment and Plaintiff's Motion for Summary Judgment. Having reviewed that Report and Recommendation, and Plaintiff's objections thereto, the Court enters as its findings and conclusions the Report and Recommendation GRANTING Defendant's Motion for Summary Judgment and DENYING Plaintiff's Motion for Summary Judgement. Further, the Court DENIES Plaintiff's subsequent Motion for a Temporary Restraining Order, Motion to Correct Order, and Motion to file a Supplemental Affidavit as MOOT.

      **SO ORDERED.**

                                                s/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: September 17, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on September 17, 2007.

                                                s/Denise Goodine
                                                Case Manager