AO 450 (Rev. 7/99) Judgment in a Civil Case       **CLOSED** 9/17/07

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

RONALD WASHINGTON,

            Plaintiff,

v.

FREDA RANDALL-OWENS, et al.,

            Defendants.
_____/

JUDGMENT IN A CIVIL CASE

Case Number: 06-12588

Honorable PAUL D. BORMAN

■ **Decision by Court.** This action came before the Court, Honorable Paul D. Borman, presiding, and in accordance with the Order Accepting the Magistrate Judge's Report and Recommendation,

**IT IS ORDERED AND ADJUDGED** that the plaintiff take nothing, that the action be dismissed on the merits, and that the defendant recover of the plaintiff his costs of action as provided by law.

Date   9/17/07

David Weaver, Clerk of Court

s/Denise Goodine
Deputy Clerk